Daniel S. Rodman (*Pro Hac Vice* forthcoming)
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, CA 92626-7689
Telephone:  714.427.7000
E-Mail: drodman@swlaw.com

Rachael Peters Pugel (032626)
SNELL & WILMER LLP
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone:   602.382.6000
Facsimile:    602.382.6070
Email: rpugel@swlaw.com

*Attorneys for Defendant BRP US Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natavia Snavely,<br><br>       Plaintiff,<br><br>    v.<br><br>Bombardier Recreational Products, Inc., a foreign corporation; BRP US, Inc., a foreign corporation; Dirt Specialties, LLC, a foreign limited liability company; John Does I-X; Jane Does I-X; ABC Partnerships I-X; and XYZ Corporations I-X,<br><br>       Defendants. | Case No.<br><br>**DECLARATION OF RACHAEL PETERS PUGEL IN SUPPORT OF DEFENDANT BRP US INC.'S NOTICE OF REMOVAL** |

I, Rachael Peters Pugel, declare as follows:

1.      I am an attorney with Snell & Wilmer L.L.P., attorneys of record for Defendant BRP US Inc. ("BRP US"). I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.  I make this declaration in support of Defendant BRP US Inc.'s Notice of Removal.

2.    Attached as **Exhibit A** is a true and complete copy of the Complaint filed in the state court civil action originally commenced in the Superior Court of the State of Arizona, in and for the County of Maricopa, entitled *Natavia Snavely v. BRP US Inc. et al.,* Case No. CV2025-026102 (the "State Court Action").

3.    Attached as **Exhibit B** is a true and complete copy of the Civil Cover Sheet filed in the State Court Action.

4.    Attached as **Exhibit C** is a true and complete copy of the Certificate of Compulsory Arbitration filed in the State Court Action.

5.    Attached as **Exhibit D** is a true and complete copy of the Summons to Bombardier Recreational Products Inc. filed in the State Court Action.

6.    Attached as **Exhibit E** is a true and complete copy of the Summons to BRP US Inc. filed in the State Court Action.

7.    Attached as **Exhibit F** is a true and complete copy of the Summons to Dirt Specialties, LLC filed in the State Court Action.

8.    Attached as **Exhibit G** is a true and complete copy of the Summons to John Does I-X filed in the State Court Action.

9.    Attached as **Exhibit H** is a true and complete copy of the Summons to Jane Does I-X filed in the State Court Action.

10.    Attached as **Exhibit I** is a true and complete copy of the Summons to ABC Partnerships I-X filed in the State Court Action.

11.    Attached as **Exhibit J** is a true and complete copy of the Summons to XYZ Corporations I-X filed in the State Court Action.

12.    Attached as **Exhibit K** is a true and complete copy of the Affidavit of Service for Bombardier Recreational Products Inc. filed in the State Court Action.

13.    Attached as **Exhibit L** is a true and complete copy of the Affidavit of Service for BRP US Inc. filed in the State Court Action.

14.    Attached as **Exhibit M** is a true and complete copy of the Affidavit of Service for Dirt Specialties, LLC filed in the State Court Action

SNELL
& WILMER

15. Attached as **Exhibit N** is a true and complete copy of the most recent version of the docket for the State Court Action.

16. Attached as **Exhibit O** is a true and complete copy of the Federal Corporation Information for Bombardier Recreational Products Inc., obtained from https://ised-isde.canada.ca/cc/lgcy/fdrlCrpDtls.html?corpId=4209486.

17. Attached as **Exhibit P** is a true and complete copy of a Statement of Information for Dirt Specialties, LLC filed with the State of California.

18. Attached as **Exhibit Q** is a true and complete copy of an email from counsel for Dirt Specialties, LLC, Christopher D. Hossack, consenting to the removal of this matter.

19. Attached as **Exhibit R** is a true and complete copy of the results of a search for "Bombardier Recreational Products" on the State of Delaware's Department of State: Division of Corporations website, located at https://icis.corp.delaware.gov/ecorp/entitysearch/namesearch.aspx.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of August, 2025.

_____
Rachael Peters Pugel

- 3 -

# EXHIBIT A

# EXHIBIT A

Clerk of the Superior Court
*** Electronically Filed ***
A. Nasui, Deputy
7/24/2025 4:02:16 PM
Filing ID 20261574

Colby R. Kanouse, Esq. (024601)
**STONE ROSE LAW FIRM, PLLC**
8010 E. McDowell Road, Suite 105
Scottsdale, Arizona 85257
Telephone: (480) 498-8998
Facsimile: (480) 546-5262
Colby@stoneroselaw.com
*Attorneys for Plaintiff*

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| NATAVIA SNAVELY, an unmarried individual,<br><br>Plaintiff,<br><br>vs.<br><br>BOMBARDIER RECREATIONAL PRODUCTS, INC., a foreign corporation; BRP US, INC., a foreign corporation; DIRT SPECIALTIES, LLC, a foreign limited liability company; JOHN DOES I-X; JANE DOES I-X; ABC PARTNERSHIPS I-X and XYZ CORPORATIONS I-X,<br><br>Defendants. | Case Number:  **CV2025-026102**<br><br>**COMPLAINT**<br><br>(Tier III) |

COMES NOW, Plaintiff Natavia Snavely, by and through undersigned counsel, as and for her complaint against Defendants Bombardier Recreational Products, Inc. (hereinafter "BRP"), BRP US, Inc., (hereinafter "BRP US") and Dirt Specialties, LLC, and hereby alleges as follows:

## PARTIES, JURISDICTION & VENUE:

1. Plaintiff is a single woman residing in the State of North Carolina.

1

2. Defendant BRP is a Canadian corporation responsible for the design and manufacture of the 2020 Can Am Maverick XRC, which is distributed throughout the United States of America and specifically in Arizona by Defendant BRP US.

3. Defendant BRP US is a corporate entity formed under the laws of the State of Delaware, with its headquarters in the State of Wisconsin. Defendant BRP US is responsible for marketing and selling recreational products designed and produced by BRP in the United States.

4. Defendant Dirt Specialties, LLC is a limited liability company formed under the laws of the State of California. Defendant Dirt Specialties, LLC is headquartered in the State of California, and among other things makes aftermarket doors for the 2020 Can Am Maverick XRC.

5. Plaintiff is currently unaware of the identities and acts of the fictitious defendants named in the caption above as John Does I-X, Jane Does I-X, ABC Partnerships I-X, and XYZ Corporations I-X. However, Plaintiff believes these defendants may have engaged in acts in violation of a duty of care owed to Plaintiff, and that said acts contributed to the damages set forth herein. Plaintiff will seek leave to amend this complaint if and when the identities and acts of the fictitious defendants are ascertained.

6. The events complained of herein occurred in the County of Maricopa, State of Arizona.

7. The amount sought in this action qualifies it as a **Tier III** case for purposes of the discovery limitations set forth in Rule 26.2, *Arizona Rules of Civil Procedure.* Furthermore, it is above the minimum jurisdictional limit for this Honorable Court.

8. Jurisdiction and Venue are proper in this Honorable Court.

**GENERAL ALLEGATIONS:**

9. Plaintiff hereby repeats and realleges each allegation as if fully set forth herein. In addition, she alleges as follows:

10. The 2020 Can Am Maverick XRC is a high-performance recreational vehicle designed and manufactured by Defendant BRP primarily for off road use.

11. The 2020 Can Am Maverick XRC was marketed, distributed and sold in the United States by Defendant BRP US, a subsidiary of Defendant BRP.

12. The Can Am Maverick XRC is an open wheeled four-wheel drive machine, and the passenger compartment is partially enclosed by a roll cage.

13. At all times material hereto, Defendants BRP, BRP US, and Dirt Specialties, LLC were aware, or through reasonable diligence would have been aware, of the propensity of the Can Am Maverick XRC to roll over when used in its intended manner.

14. At all times material hereto, Defendants BRP, BRP US, and Dirt Specialties, LLC were aware, or through reasonable diligence would have been aware, of the need to provide conspicuous handholds for passengers in the Can Am Maverick XRC for use in the event of a rollover, to assist with keeping their upper extremities inside of the vehicle's roll cage. Despite such knowledge, no conspicuous handholds are

3

provided in the Can Am Maverick XRC or in the aftermarket doors made by Defendant Dirt Specialties, LLC.

15. At all times material hereto, Defendants BRP,  BRP US, and Dirt Specialties, LLC were aware, or through reasonable diligence should have been aware, of the need to provide appropriate instructions to passengers in a Can Am Maverick XRC regarding where to place their hands so that they would not unintentionally protrude outside of the vehicle's roll cage in the event of an uncontrolled roll over event.

16. At all times material hereto, Defendants BRP, BRP US, Inc., and Dirt Specialties, LLC were aware, or through reasonable diligence should have been aware, that many passengers in the Can Am Maverick XRC would be non-owners without ready access to the vehicle's owner's manual.

17. Despite the foregoing knowledge, either actual or constructive, Defendants BRP and BRP US failed to provide adequate instructions in the Can Am Maverick XRC regarding how a passenger therein should secure their upper extremities in the event the vehicle experiences an accidental roll over.

18. Despite the foregoing knowledge, either actual or constructive, Defendant Dirt Specialties, LLC, failed to provide adequate instructions on their aftermarket doors regarding the location of handholds to be used by passengers to secure their upper extremities in the event of an accidental roll over.

19. Despite the foregoing knowledge, either actual or constructive, Defendants BRP and BRP US failed to provide conspicuous handholds in the 2020 Can Am Maverick XRC for passengers to use in the event of an accidental roll over event.

4

20. Despite the foregoing knowledge, either actual or constructive, Defendant Dirt Specialties, LLC failed to provide conspicuous handholds on the aftermarket doors that it designed, manufactured, and sold for the 2020 Can Am Maverick XRC.

21. On August 20, 2023, Plaintiff Natavia Snavely was a passenger in a 2020 Can Am Maverick XRC owned and operated by Coren Ferguson, which, upon information and belief, was equipped with aftermarket doors designed, built, and sold by Defendant Dirt Specialties, LLC.

22. August 20, 2023, was the first day Plaintiff had ever ridden in a side-by-side off road vehicle such as the Can Am Maverick XRC.

23. Prior to the outing with Mr. Ferguson, Plaintiff had no opportunity to review the Can Am Maverick XRC's owner's manual and was unaware of its existence.

24. As Mr. Ferguson drove the vehicle in which Plaintiff was a passenger it experienced an uncontrolled and accidental roll over event.

25. During the roll over event Plaintiff's right hand, despite her best efforts to the contrary, was thrown outside of the Can Am Maverick XRC's roll cage and became seriously injured when it came into contact with objects outside of the roll cage.

26. Had Plaintiff been apprised, either by adequate instructions or conspicuous handholds, of where to put her hands while in the Can Am Maverick XRC she would have been able to keep her hand inside of the vehicle's roll cage and would not have been injured.

27. Plaintiff's injuries were directly and proximately caused by: (1) the lack of appropriate instructions inside of the Can Am Maverick XRC regarding where a

passenger is supposed to position their hands in the event of a roll over accident; and / or (2) the lack of conspicuous handholds in the Can Am Maverick XRC in which she was riding at the time she was injured.

28. As a direct and proximate result of Plaintiff's painful injuries, which resulted in the removal of the majority of the fingers on her right hand, Plaintiff has been forced to undergo several surgeries, which have left her permanently disfigured and unable to use her right hand in the same manner as before.

29. As a direct and proximate result of Plaintiff's injuries, she has incurred extensive medical bills.

30. As a direct and proximate result of Plaintiff's injuries, she has missed time from gainful employment and suffered a significant loss of earning capacity.

**COUNT I: NEGLIGENCE (Defendants Bombardier Recreational Products, Inc. & BRP US, Inc.):**

31. Plaintiff hereby repeats and realleges each allegation as if fully set forth herein. In addition, she alleges as follows:

32. At all times material hereto Defendants BRP and BRP US had a duty to use reasonable care in the design and manufacture of the 2020 Can Am Maverick XRC, and to provide reasonable and adequate warnings and instructions to its users.

33. By failing to provide conspicuous handholds and adequate in-vehicle instructions regarding the proper use of the same, Defendants BRP and BRP US breached the duty of reasonable care.

34. As a direct and proximate result of Defendants BRP and BRP US's breach of the duty of reasonable care, Plaintiff has suffered damages.

### COUNT II: NEGLIGENCE (Defendant Dirt Specialties, LLC):

35. Plaintiff hereby repeats and realleges each allegation as if fully set forth herein. In addition, she alleges as follows:

36. At all times material hereto Defendant Dirt Specialties, LLC had a duty to use reasonable care in the design and manufacture of its aftermarket doors for the 2020 Can Am Maverick XRC, and to provide reasonable and adequate warnings and instructions to its users.

37. By failing to provide conspicuous handholds and adequate in-vehicle instructions regarding the proper use of the same, Defendant Dirt Specialties, LLC breached the duty of reasonable care.

38. As a direct and proximate result of Defendant Dirt Specialties, LLC's breach of the duty of reasonable care, Plaintiff has suffered damages.

### COUNT III: STRICT PRODUCTS LIABILITY
### (DESIGN DEFECT – BRP Defendants)

39. Plaintiff hereby repeats and realleges each allegation as if fully set forth herein. In addition, she alleges as follows:

40. Defendants BRP and BRP US had a duty to design the 2020 Can Am Maverick XRC in a manner that would render it reasonably safe when used for its intended purpose.

7

41. By failing to design the Can Am Maverick XRC with conspicuous handholds for the use of passengers, Defendants BRP and BRP US designed, manufactured and distributed an unreasonably dangerous vehicle that failed to perform as safely as an ordinary consumer would expect when using it for its intended purpose.

42. The benefits of the inconspicuous handholds provided with the 2020 Can Am Maverick XRC are substantially outweighed by the dangers they pose to passengers, and safer design alternatives existed that would have prevented Plaintiff's injuries. Furthermore, Defendants had the ability to eliminate the danger posed by the lack of conspicuous handholds in the Can Am Maverick XRC without impairing its usefulness or making it unduly expensive.

43. As a result of its design and lack of conspicuous passenger side handholds the 2020 Can Am Maverick XRC is defective and unreasonably dangerous.

44. Plaintiff has suffered damages as a direct and proximate result of the unreasonably dangerous and defective design of the 2020 Can Am Maverick XRC.

### COUNT III: STRICT PRODUCTS LIABILITY
### (INFORMATION DEFECT – BRP Defendants):

45. Plaintiff hereby repeats and realleges each allegation as if set forth herein. In addition, she alleges as follows:

46. Defendants BRP and BRP US had a duty to provide adequate instructions and warnings regarding the location and use of the handholds provided in the 2020 Can Am Maverick XRC.

8

47. Defendants BRP and BRP US's failure to provide adequate instructions and warnings regarding the location and use of passenger side handholds in the 2020 Can Am Maverick XRC rendered the product defective and unreasonably dangerous when used in the intended manner.

48. Had adequate instructions and warnings regarding the use of passenger handholds been provided in the 2020 Can Am Maverick XRC, Plaintiff would have read and heeded them.

49. Plaintiff has sustained damages as a direct and proximate result of Defendant BRP and BRP US's failure to provide adequate in-vehicle instructions and warnings regarding the location and use of passenger side handholds.

### COUNT IV: STRICT PRODUCTS LIABILITY
### (DESIGN DEFECT – Dirt Specialties, LLC):

50. Plaintiff hereby repeats and realleges each allegation as if fully set forth herein. In addition, she alleges as follows:

51. At all times material hereto, Defendant Dirt Specialties, LLC had a duty to design the aftermarket Can Am XRC doors that it manufactures and sells to the public in a manner that rendered them reasonably safe for use.

52. By failing to design the aftermarket Can Am XRC doors that it manufactures and sells with conspicuous handholds for the use of passengers, Defendant Dirt Specialties, LLC designed, manufactured, and distributed an unreasonably dangerous product that failed to perform as safely as an ordinary consumer would expect when using it for its intended purpose.

9

53. The benefits of the inconspicuous handholds provided with the aftermarket doors designed, manufactured, and distributed by Defendant Dirt Specialties, LLC are substantially outweighed by the dangers they pose to passengers, and safer design alternatives existed that would have prevented Plaintiff's injuries. Furthermore, Defendants had the ability to eliminate the danger posed by the lack of conspicuous handholds in their aftermarket doors without impairing their usefulness or making them unduly expensive.

54. As a result of their design and lack of conspicuous passenger side handholds the aftermarket doors designed, manufactured and sold by Defendant Dirt Specialties, LLC are defective and unreasonably dangerous.

55. Plaintiff has suffered damages as a direct and proximate result of the unreasonably dangerous and defective design of the aftermarket Can Am Maverick XRC doors sold by Defendant Dirt Specialties, LLC.

### COUNT V: STRICT PRODUCTS LIABILITY
### (INFORMATION DEFECT – Defendant Dirt Specialties, LLC)

56. Plaintiff hereby repeats and realleges each allegation as if fully set forth herein. In addition, she alleges as follows:

57. Defendant Dirt Specialties, LLC had a duty to provide adequate instructions and warnings regarding the location and use of the handholds provided on the aftermarket doors that it sold for the 2020 Can Am Maverick XRC.

58. Defendant Dirt Specialties, LLC's failure to provide adequate instructions and warnings regarding the location and use of the passenger side handholds on its

10

aftermarket 2020 Can Am Maverick XRC doors rendered them defective and unreasonably dangerous.

59. Had adequate instructions regarding the location and use of the passenger side handholds been provided with the aftermarket 2020 Can Am Maverick XRC doors designed, manufactured and sold by Defendant Dirt Specialties, LLC Plaintiff would have heeded them.

60. Plaintiff has sustained damages as a direct and proximate result of Defendant Dirt Specialties, LLC's failure to provide adequate instructions and warnings regarding the location and use of the passenger side handholds on their aftermarket 2020 Can Am Maverick XRC doors.

**WHEREFORE,** Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. For general damages in an amount to be proven at trial;

2. For special damages in an amount to be proven at trial;

3. For taxable costs pursuant to A.R.S. § 12-341;

4. For such other relief as this Court deems just and proper.

Respectfully submitted this 24th day of July, 2025.

**STONE ROSE LAW, PLLC**

By: */s/Colby R. Kanouse*
Colby R. Kanouse, Esq.
*Attorneys for Plaintiff*

11

# EXHIBIT B

# EXHIBIT B

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
A. Nasui, Deputy
7/24/2025 4:02:16 PM
Filing ID 20261575

**Plaintiff's Attorney:**

Colby R Kanouse
Bar Number: 024601, issuing State: AZ
Law Firm: Stone Rose Law
8010 E. Mcdowell, Suite 105 Suite 105
Scottsdale, AZ 85257
Telephone Number: (480)498-8998
Email address: colby@stoneroselaw.com

CV2025-026102

**Plaintiff:**

Natavia Snavely
8010 E. Mcdowell, Suite 105 Suite 105
Scottsdale, AZ 85257

**Defendants:**

Bombardier Recreational Products, Inc.

BRP US, Inc.

Dirt Specialties, LLC

John Does I-X

Jane Does I-X

ABC Partnerships I-X

XYZ Corporations, I-X

Discovery Tier t3

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Product Liability

AZTurboCourt.gov Form Set #11926853

# EXHIBIT C

# EXHIBIT C

Clerk of the Superior Court
*** Electronically Filed ***
A. Nasui, Deputy
7/24/2025 4:02:16 PM
Filing ID 20261576

Person/Attorney Filing: Colby R Kanouse
Mailing Address: 8010 E. Mcdowell, Suite 105 Suite 105
City, State, Zip Code: Scottsdale, AZ 85257
Phone Number: (480)498-8998
E-Mail Address: colby@stoneroselaw.com
[ □ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 024601, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

Natavia Snavely
Plaintiff(s),

v.

Bombardier Recreational Products,
Inc., et al.
Defendant(s).

Case No. **CV2025-026102**

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this July 24, 2025

By: Colby R Kanouse /s/
    Plaintiff/Attorney for Plaintiff

AZturboCourt.gov Form Set #11926853

# EXHIBIT D

# EXHIBIT D

Person Filing: Colby R Kanouse
Address (if not protected): 8010 E. Mcdowell, Suite 105 Suite 105
City, State, Zip Code: Scottsdale, AZ 85257
Telephone: (480)498-8998
Email Address: colby@stoneroselaw.com
Representing [ ] Self or [⊠ ] Attorney for:
Lawyer's Bar Number: 024601, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
A. Nasui, Deputy
7/24/2025 4:02:16 PM
Filing ID 20261577

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: **CV2025-026102**

Natavia Snavely
_____
Name of Plaintiff

**SUMMONS**

AND

Bombardier Recreational Products, Inc., et al.
_____
Name of Defendant

| **WARNING**: This is an official document from the court that affects your rights.  Read this carefully. If you do not understand it, contact a lawyer for help. |
| --- |

**FROM THE STATE OF ARIZONA TO:** Bombardier Recreational Products, Inc.
_____
Name of Defendant

1.     **A lawsuit has been filed against you.**  A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.     If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint.  To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to <u>Clerk of the Superior Court,</u> <u>or electronically file your Answer through one of Arizona's approved electronic filing systems at</u> <u>http://www.azcourts.gov/efilinginformation</u>. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note:  If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #11926853

3.    If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.    You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.    Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.    Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *July 24, 2025*

*JOSEPH W. MALKA*
Clerk of Superior Court

By: *A. NASUI*
Deputy Clerk



If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

# EXHIBIT E

# EXHIBIT E

Person Filing: Colby R Kanouse
Address (if not protected): 8010 E. Mcdowell, Suite 105 Suite 105
City, State, Zip Code: Scottsdale, AZ 85257
Telephone: (480)498-8998
Email Address: colby@stoneroselaw.com
Representing [ ] Self or [☒ ] Attorney for:
Lawyer's Bar Number: 024601, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
A. Nasui, Deputy
7/24/2025 4:02:16 PM
Filing ID 20261578

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: **CV2025-026102**

Natavia Snavely
Name of Plaintiff

**SUMMONS**

AND

Bombardier Recreational Products, Inc., et al.
Name of Defendant

---

**WARNING**: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

---

**FROM THE STATE OF ARIZONA TO:** BRP US, Inc.

Name of Defendant

1.    **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.    If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

Arizona Supreme Court
Summons

Page 1 of 2

EFCV11f-042523

*AZturboCourt.gov Form Set #11926853*

3.    If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.    You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.    Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.    Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *July 24, 2025*

*JOSEPH W. MALKA*
Clerk of Superior Court

By: *A. NASUI*
Deputy Clerk



If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #11926853

# EXHIBIT F

# EXHIBIT F

Person Filing: Colby R Kanouse
Address (if not protected): 8010 E. Mcdowell, Suite 105 Suite 105
City, State, Zip Code: Scottsdale, AZ 85257
Telephone: (480)498-8998
Email Address: colby@stoneroselaw.com
Representing [ □ ] Self or [ ☒ ] Attorney for:
Lawyer's Bar Number: 024601, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
A. Nasui, Deputy
7/24/2025 4:02:16 PM
Filing ID 20261579

## SUPERIOR COURT OF ARIZONA
### IN MARICOPA COUNTY

Case Number: **CV2025-026102**

Natavia Snavely
Name of Plaintiff

**SUMMONS**

AND

Bombardier Recreational Products, Inc., et al.
Name of Defendant

---

**WARNING**:  This is an official document from the court that affects your rights.  Read this carefully.
If you do not understand it, contact a lawyer for help.

---

**FROM THE STATE OF ARIZONA TO:** Dirt Specialties, LLC
Name of Defendant

1. **A lawsuit has been filed against you.**  A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint.  To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note:  If you do not file electronically you will not have electronic access to the document in this case.

*AZturboCourt.gov Form Set #11926853*

3.  If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *July 24, 2025*

*JOSEPH W. MALKA*
Clerk of Superior Court

By: *A. NASUI*
Deputy Clerk



If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

*AZturboCourt.gov Form Set #11926853*

# EXHIBIT G

# EXHIBIT G

Person Filing: Colby R Kanouse
Address (if not protected): 8010 E. Mcdowell, Suite 105 Suite 105
City, State, Zip Code: Scottsdale, AZ 85257
Telephone: (480)498-8998
Email Address: colby@stoneroselaw.com
Representing [ ☐ ] Self or [ ☒ ] Attorney for:
Lawyer's Bar Number: 024601, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
A. Nasui, Deputy
7/24/2025 4:02:16 PM
Filing ID 20261580

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: **CV2025-026102**

Natavia Snavely
_____
Name of Plaintiff

**SUMMONS**

AND

Bombardier Recreational Products, Inc., et al.
_____
Name of Defendant

> **WARNING**: This is an official document from the court that affects your rights. Read this carefully.
> If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** John Does I-X
_____
Name of Defendant

1.    **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.    If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

Arizona Supreme Court
Summons

Page 1 of 2

EFCV11f-042523

3.  If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *July 24, 2025*

*JOSEPH W. MALKA*
Clerk of Superior Court

By: *A. NASUI*
Deputy Clerk



If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

# EXHIBIT H

# EXHIBIT H

Person Filing: Colby R Kanouse
Address (if not protected): 8010 E. Mcdowell, Suite 105 Suite 105
City, State, Zip Code: Scottsdale, AZ 85257
Telephone: (480)498-8998
Email Address: colby@stoneroselaw.com
Representing [ ☐ ] Self or [ ☒ ] Attorney for:
Lawyer's Bar Number: 024601, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
A. Nasui, Deputy
7/24/2025 4:02:16 PM
Filing ID 20261581

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: **CV2025-026102**

Natavia Snavely
Name of Plaintiff

**SUMMONS**

AND

Bombardier Recreational Products, Inc., et al.
Name of Defendant

| **WARNING**: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help. |
|---|

**FROM THE STATE OF ARIZONA TO:** Jane Does I-X

Name of Defendant

1.  **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #11926853

Arizona Supreme Court
Summons

Page 1 of 2

EFCV11f-042523

3.    If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.    You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.    Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.    Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *July 24, 2025*

*JOSEPH W. MALKA*
Clerk of Superior Court

By: *A. NASUI*
Deputy Clerk



If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #11926853

# EXHIBIT I

# EXHIBIT I

Person Filing: Colby R Kanouse
Address (if not protected): 8010 E. Mcdowell, Suite 105 Suite 105
City, State, Zip Code:  Scottsdale, AZ 85257
Telephone: (480)498-8998
Email Address: colby@stoneroselaw.com
Representing [ ☐ ] Self or [☒] Attorney for:
Lawyer's Bar Number: 024601, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
A. Nasui, Deputy
7/24/2025 4:02:16 PM
Filing ID 20261582

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: **CV2025-026102**

Natavia Snavely
_____
Name of Plaintiff

**SUMMONS**

AND

Bombardier Recreational Products, Inc., et al.
_____
Name of Defendant

| WARNING:  This is an official document from the court that affects your rights.  Read this carefully.  If you do not understand it, contact a lawyer for help. |
| --- |

**FROM THE STATE OF ARIZONA TO:** ABC Partnerships I-X
_____
Name of Defendant

1.    **A lawsuit has been filed against you.**  A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.    If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint.  To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note:  If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #11926853

3.  If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *July 24, 2025*

*JOSEPH W. MALKA*
Clerk of Superior Court

By: *A. NASUI*
Deputy Clerk



If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #11926853

# EXHIBIT J

# EXHIBIT J

Person Filing: Colby R Kanouse
Address (if not protected): 8010 E. Mcdowell, Suite 105 Suite 105
City, State, Zip Code: Scottsdale, AZ 85257
Telephone: (480)498-8998
Email Address: colby@stoneroselaw.com
Representing [ ☐ ] Self or [ ☒ ] Attorney for:
Lawyer's Bar Number: 024601, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
A. Nasui, Deputy
7/24/2025 4:02:16 PM
Filing ID 20261583

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: **CV2025-026102**

Natavia Snavely
Name of Plaintiff

**SUMMONS**

AND

Bombardier Recreational Products, Inc., et al.
Name of Defendant

| WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help. |
| --- |

**FROM THE STATE OF ARIZONA TO:** XYZ Corporations, I-X
Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #11926853

3.    If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.    You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.    Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.    Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *July 24, 2025*

*JOSEPH W. MALKA*
Clerk of Superior Court

By: *A. NASUI*
Deputy Clerk



If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

# EXHIBIT K

# EXHIBIT K

STONE ROSE LAW
8010 E. McDowell Road, #105
Scottsdale, AZ 85257

CLERK OF THE
SUPERIOR COURT
FILED
S. BARBA, DEP

25 AUG 15 AM 10: 03

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| NATAVIA SNAVELY,  )<br><br>Plaintiff,  )<br><br>vs  )<br><br>BOMBARDIER RECREATIONAL  )<br>PRODUCTS, INC.; et al.,  )<br><br>Defendants.  ) | NO.   CV2025-026102<br><br><br>CERTIFICATE OF SERVICE<br>BY PRIVATE PROCESS SERVER |

I, Ramona Talvacchio, being fully qualified to serve process within the state of DELAWARE, did receive the following documents: **ORIGINAL**

Appropriate copies of Summons, Complaint, Certificate of Compulsory Arbitration

In each instance I personally **SERVED** a true copy of each document listed above on those named below in the manner, and at the time and place shown below:

**ENTITTY TO BE SERVED:**     **BOMBARDIER RECREATIONAL PRODUCTS, INC., a foreign corporation**

**METHOD OF SERVICE:**     **UPON STATUTORY AGENT**

Service was made upon BOMBARDIER RECREATIONAL PRODUCTS, INC., a foreign corporation, by serving its Statutory Agent, Corporation Service Company – leaving documents with Lynanne Gares, Litigation Management Services Leader, who was authorized to accept, at 251 Little Falls Drive, Wilmington, DE 1808, on August 1, 2025, at 11:47 am. NOTE: Ms. Gares was a white female, approx. 53 yrs., 5'6" tall, 150 lbs., brown hair.

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

DATED: _____8-11-25_____          _Ramona Talvacchio_____
                                                                 RAMONA TALVACCHIO

Direct Access Legal Services
1124 N 107th Street
Mesa, AZ 85207
(480) 464-8484

# EXHIBIT L

# EXHIBIT L

CLERK OF THE SUPERIOR COURT
FILED
AUG 11 2025    11:54AM
J. Thompy  Deputy

STONE ROSE LAW
8010 E. McDowell Rd., #105
Scottsdale, AZ 85257

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | | |
|---|---|---|
| NATAVIA SNAVELY, HOMEOWNERS ASSOCIATION, | ) ) ) | NO: CV2025-026102 |
| Plaintiff, | ) ) | |
| vs | ) ) | CERTIFICATE OF SERVICE BY PRIVATE PROCESS SERVER |
| BOMBARDIER RECREATIONAL PRODUCTS, INC.; et al., | ) ) ) | |
| Defendants. | ) ) ) | |

I, Derek M. Kelliher, being fully qualified to serve process within the State of WISCONSIN, did receive the following documents:

Appropriate copies of Complaint, Summons, Certificate of Compulsory Arbitration

In each instance I personally **SERVED** a true copy of each document listed above on those named below in the manner, and at the time and place shown below:

**ENTITY TO BE SERVED: BRP US, INC., a foreign corporation**

**METHOD OF SERVICE:    UPON STATUTORY AGENT**

Service was made upon BRP US, INC., a foreign corporation, by serving its Statutory Agent, CT Corporation System – leaving documents with Barb DeJongh, who was authorized to accept, at 301 S. Bedford St., Suite 1, Madison, WI 53703, on August 4, 2025, at 1:30 pm. NOTE: Ms. DeJongh was a white female, approx. 60 yrs., 5'4" tall, 135 lbs., brown/gray hair, green eyes.

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

DATED: ___8/7/25___            _____
                                DEREK M. KELLIHER

Direct Access Legal Services
1124 N 107th Street
Mesa, AZ 85207
480-464-8484

# EXHIBIT M

# EXHIBIT M

CLERK OF THE
SUPERIOR COURT
FILED
S. BARBA, DEP

25 AUG 15 AM 10: 03

STONE ROSE LAW FIRM, P.L.LC.
8010 E. McDowell Road, Suite 105
Scottsdale, AZ 85257

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

NATAVIA SNAVELY, )
)         NO: CV2025-026102
Plaintiff, )
vs )         CERTIFICATE OF SERVICE
)         BY PRIVATE PROCESS SERVER
BOMBARDIER RECREATIONAL )
PRODUCTS, INC; et al. )
)
Defendants. )
)

I, Rhonda Foland, being fully qualified to serve process within the State of CALIFORNIA, did receive the following documents: **ORIGINAL**

Appropriate copies of Complaint, Summons, Certificate of Compulsory Arbitration

In each instance I personally **SERVED** a true copy of each document listed above on those named below in the manner, and at the time and place shown below:

**ENTITY TO BE SERVED: DIRT SPECIALTIES, LLC,**
**a foreign Limited Liability Company**

**METHOD OF SERVICE:   UPON STATUTORY AGENT OR**
**ONE AUTHORIZED TO ACCEPT**

Service was made upon DIRT SPECIALTIES, LLC, a foreign Limited Liability Company, by serving its Statutory Agent, Bob S. Beshear, -- leaving documents with Mr. Beshear's wife, Erin Beshear, who was authorized to accept on behalf of Mr. Beshear as Statutory Agent -- at their place of residence, 2518 N. Larchmont Avenue, Santa Ana, CA 92706, on August 5, 2025, at 11:00 am. NOTE: Erin called her husband in front of me and requested permission to accept service on his behalf as Statutory Agent, which he granted. Erin said that her husband was out of town until Saturday. Erin was a white female, approx. 54 yrs., 5'5" tall, 160 lbs., brown hair, brown eyes.

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

DATED: _8/8/2025_

RHONDA FOLAND, PS-6558

Direct Access Legal Services
1124 N 107th Street
Mesa, AZ 85207//480-464-8484

# EXHIBIT N

# EXHIBIT N

« Return to search results

## Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | CV2025-026102 | **Judge:** | Mandell, Michael |
| **File Date:** | 7/24/2025 | **Location:** | Downtown |
| **Case Type:** | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Natavia Snavely | Plaintiff | Female | COLBY KANOUSE |
| Bombardier Recreational Products Inc | Defendant | | Pro Per |
| B R P, U S Inc | Defendant | | Pro Per |
| Dirt Specialties L L C | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 8/15/2025 | AFS - Affidavit Of Service | 8/19/2025 | |
| **NOTE:** | BOMBARDIER RECREATIONAL PRODUCTS INC | | |
| 8/15/2025 | AFS - Affidavit Of Service | 8/19/2025 | |
| **NOTE:** | DIRT SPECIALTIES LLC | | |
| 8/11/2025 | AFS - Affidavit Of Service | 8/13/2025 | |
| **NOTE:** | BRP US INC | | |
| 7/24/2025 | COM - Complaint | 7/25/2025 | |
| **NOTE:** | Complaint | | |
| 7/24/2025 | CSH - Coversheet | 7/25/2025 | |
| **NOTE:** | Civil Cover Sheet | | |
| 7/24/2025 | CCN - Cert Arbitration - Not Subject | 7/25/2025 | |
| **NOTE:** | Certificate Of Compulsory Arbitration - Is Not Subject To | | |
| 7/24/2025 | SUM - Summons | 7/25/2025 | |
| **NOTE:** | Summons | | |
| 7/24/2025 | SUM - Summons | 7/25/2025 | |
| **NOTE:** | Summons | | |
| 7/24/2025 | SUM - Summons | 7/25/2025 | |
| **NOTE:** | Summons | | |
| 7/24/2025 | SUM - Summons | 7/25/2025 | |
| **NOTE:** | Summons | | |
| 7/24/2025 | SUM - Summons | 7/25/2025 | |
| **NOTE:** | Summons | | |
| 7/24/2025 | SUM - Summons | 7/25/2025 | |
| **NOTE:** | Summons | | |
| 7/24/2025 | SUM - Summons | 7/25/2025 | |
| **NOTE:** | Summons | | |

## Case Calendar

**There are no calendar events on file**

## Judgments

| Date | (F)or / (A)gainst | Amount | Frequency | Type | Status |
|---|---|---|---|---|---|
| No records found. | | | | | |

# EXHIBIT O

# EXHIBIT O

Case 2:25-cv-03085-MTL    Document 1-1    Filed 08/25/25    Page 50 of 60



**Government
of Canada**

**Gouvernement
du Canada**

Canada.ca  ➜  Innovation, Science and Economic Development Canada  ➜  Corporations Canada

➜  Search for a Federal Corporation

⚠ Beware of scams and other suspicious activities. See Corporations Canada's alerts.

ℹ This information is available to the public in accordance with legislation (see Public disclosure of corporate information).

🔍 Start a new search

# Overview

**Corporate name:**

**BOMBARDIER PRODUITS RÉCREATIFS INC.**

**BOMBARDIER RECREATIONAL PRODUCTS INC.**

**Status:**

Active

**Corporation number:**

420948-6

**Business number (BN):**

884939901RC0002

**Governing legislation:**

*Canada Business Corporations Act* - 2003-12-18

Find existing extra-provincial registrations of this corporation on Canada's Business registries


▶ **Order copies of corporate documents and certificates**

# Registered office address ℹ

Case 2:25-cv-03085-MTL   Document 1-1   Filed 08/25/25   Page 51 of 60

726 ST-JOSEPH STREET
VALCOURT QC J0E 2L0
Canada

Update registered office address

# Directors ❶

**Minimum:** 3
**Maximum:** 15

Update directors 🔒

**Nicholas G. Nomicos**
78 Crestview Rd.
Belmont MA 02478
United States

**Élaine Beaudoin**
3170 Chemin de la Vigne
Montréal QC H3Y 2C4
Canada

**Charles bombardier**
10 Avenue Maplewood
Montréal QC H2V 2L8
Canada

**JOSHUA BEKENSTEIN**
52 HIGH ROCK ROAD
WAYLAND MA 01778
United States

**EDWARD PHILIP**
115 DRAPER
WAYLAND MA 01778-1715
United States

**Pierre Beaudoin**
432, Roslyn Ave.
Westmount QC H3Y 2T5
Canada

**Ernesto M. Hernandez**
220 Agua Caliente
Lomas Hipodromo
Naucalpan de Juárez 53900
Mexico

Case 2:25-cv-03085-MTL    Document 1-1    Filed 08/25/25    Page 52 of 60

**Barbara Jean Samardzich**

111 Willits Street

Suite 400

Birmingham MI 48009

United States

**Katherine E. Kountze**

4 Lanes End

Stoughton MA 02072

United States

**José Boisjoli**

726 St-Joseph St.

Valcourt QC J0E 2L0

Canada

**Michael Ross**

1227 Sherbrooke Ouest

App 44

Montreal QC H3G 1G1

Canada

# Individuals with significant control ℹ

**Last updated(YYYY-MM-DD):** 2025-02-11

The corporation has determined that it is unable to identify any individuals with significant control.

Update Individuals with significant control

# Annual filings ℹ

**Anniversary date (MM-DD):** ℹ

12-18

**Date of last annual meeting:**

2024-05-31

**Annual filing period (MM-DD):**

12-18 to 02-16

**Type of corporation:**

Non-distributing corporation with 50 or fewer shareholders

**Status of annual filings:**

File an annual return

- 2025 - **Not due**

Case 2:25-cv-03085-MTL   Document 1-1   Filed 08/25/25   Page 53 of 60

- 2024 - **Filed**
- 2023 - **Filed**

# Corporate history

## Corporate name history

| BOMBARDIER PRODUITS RÉCREATIFS INC. | 2003-12-18 to Present | BOMBARDIER RECREATIONAL PRODUCTS INC. | 2003-12-18 to Present |
|---|---|---|---|

## Certificates and filings

| **Certificate of Amalgamation** | 2003-12-18 | Corporations amalgamated:<br>- 4186516 BOMBARDIER PRODUITS RÉCRÉATIFS INC. / BOMBARDIER RECREATIONAL PRODUCTS INC.<br>- 4145321 4145321 CANADA INC. |
|---|---|---|

**Date Modified:**

2025-07-18

# EXHIBIT P

# EXHIBIT P

BA20240140639



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: BA20240140639

Date Filed: 1/22/2024

| Entity Details | |
|---|---|
| Limited Liability Company Name | DIRT SPECIALTIES LLC |
| Entity No. | 201317310320 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 2518 N. LARCHMONT AVE<br>SANTA ANA, CA 92706 |

| Mailing Address of LLC | |
|---|---|
| Mailing Address | 2518 N. LARCHMONT AVE<br>SANTA ANA, CA 92706 |
| Attention | |

| Street Address of California Office of LLC | |
|---|---|
| Street Address of California Office | 2518 N. LARCHMONT AVE<br>SANTA ANA, CA 92706 |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
|---|---|
| Bob s Beshear | 2518 N. LARCHMONT AVE<br>SANTA ANA, CA 92706 |

| Agent for Service of Process | |
|---|---|
| Agent Name | BOB S BESHEAR |
| Agent Address | 2518 N. LARCHMONT AVE<br>SANTA ANA, CA 92706 |

| Type of Business | |
|---|---|
| Type of Business | manufacturing and ONLINE SALES |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
|---|---|
| None Entered | |

Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

B2434-3774 01/22/2024 9:56 PM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Bob Beshear*
_____
Signature

*01/22/2024*
_____
Date

B2434-3775 01/22/2024 9:56 PM Received by California Secretary of State

# EXHIBIT Q

# EXHIBIT Q

| | |
|---|---|
| **From:** | Hossack, Christopher D. |
| **To:** | Pugel, Rachael |
| **Cc:** | Siahatgar, Bijan; Lindsey, Barrett N. |
| **Subject:** | Snavely v. Bombardier Recreational Products - my contact information |
| **Date:** | Monday, August 25, 2025 10:57:36 AM |

**[EXTERNAL]** chossack@clarkhill.com

Thank you for speaking with me this morning. I look forward to working with you on this case.

Dirt Specialties consents to removal to Federal Court.

Thank you for sending the information you received from Plaintiff's counsel. I look forward to seeing that.

Let me know if there is anything else I can do to assist.

Chris

### Christopher D. Hossack
Senior Counsel
**Clark Hill**
14850 N. Scottsdale Road, Suite 500, Scottsdale, AZ  85254
+1 480.684.1128 (office)  |  +1 480.684.1182 (fax)
chossack@clarkhill.com  |  www.clarkhill.com

# EXHIBIT R

# EXHIBIT R

Delaware.gov                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

---

**Department of State: Division of Corporations**

Allowable Characters

| | |
|---|---|
| **HOME** | Frequently Asked Questions |

To retrieve information on a Delaware entity, Key in the name of the entity you are searching. The search results will return both active and inactive entities from our database. This is not an indication of the current status of an entity. The information provided in this application is real time and reflects the information on our database as of the date of the search. When the list of names is returned click the name and the information page will be returned.

The entity information provided on this website, free of charge, consists of the entity name, file number, incorporation/formation date, registered agent name, address, phone number and residency.

However, additional information can be obtained for a fee.

To order a Certificate of Status, or a Certified Copy or Plain copy of a filed document, contact a Delaware online agent or submit a request using the Document Filing and Certificate Request Service.

For more information please read the Frequently Asked Questions page.

General Information Name Search

✱ Required Field
✱ Entity Name:                    ✱ File Number:

Bombardier Recreational Products    or
[This field is not case sensitive.]
[For exact searches use quotation marks.]

Search

**No Records Found.**

FILE NUMBER        ENTITY NAME

The intent of this tool is to provide general entity details. The Division of Corporations strictly prohibits mining data. Excessive and repeated searches that may have a negative impact on our systems and customer experience are also prohibited. Use of automated tools in any form may result in the suspension of your access to utilize this service.

---

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov